# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  n/a | Date:  June 17, 2019<br>Interpreter:  n/a |

**CASE NO.   19-cr-00020-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Celeste Rangel |
| Plaintiff, | |
| v. | |
| 1.  TEVON THOMAS, | Matthew Belcher |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING – Defendant's Motion to Suppress (Doc. 17)**
**COURT IN SESSION:        10:01 a.m.**

Appearances of counsel.   Defendant is present and in custody.

The Court makes preliminary remarks and states its findings.

**ORDERED:**   Defendant's Motion to Suppress (Doc. 17) is GRANTED as stated on the record.

Discussion held regarding the trial and Trial Preparation Conference dates.

**ORDERED:**   Defendant is remanded to the custody of the U.S. Marshal Service.

**COURT IN RECESS:**        10:41 a.m.
**Total in court time:**        00:40
**Hearing concluded**